No. 70. COLONIAL FABRICS, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Mark M. Horblit* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack* and *I. Henry Kutz* for respondent.

No. 72. SWINERTON ET AL., DOING BUSINESS AS SWINERTON & WALBERG CO., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Gardiner Johnson* for petitioners. *Acting Solicitor General Stern, George J. Bott, David P. Findling, Dominick L. Manoli* and *Elizabeth Weston* for respondent. Briefs of *amici curiae* supporting petitioners were filed by *William E. Leahy, William J. Hughes, Jr.* and *Cornelius R. Gray* for the Building & Construction Trades Department of the American Federation of Labor; and by *Lewis T. Gardiner* for the National Constructors Association.

No. 74. FEITLER ET AL., TRADING AS GARDNER & Co., *v.* FEDERAL TRADE COMMISSION. C. A. 9th Cir. Certiorari denied. *George E. Lindelof, Jr.* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Barnes, Daniel M. Friedman, William T. Kelley* and *Robert B. Dawkins* for respondent.

No. 75. AMERICAN HARDWARE & EQUIPMENT Co. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *Joseph J. O'Connell, Jr.* for petitioner. *Acting Solicitor General Davis, Assistant Attorney General Holland, Ellis N. Slack* and *Harry Marselli* for respondent.

No. 76. DORTCH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Rodes K. Myers* for petitioner. *Act-*